Catherine Breslin, as Administratrix, etc., of Henry Joseph Breslin, Deceased, Respondent, v. Borden's Condensed Milk Company, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict is against the weight of evidence.

James A. Grant and Nettie L. Grant, Appellants, v. William C. Greene and Greene Consolidated Copper Company, Respondents, Impleaded with Cananea Consolidated Copper Company and Cobre Grande Copper Company.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Emeline F. Tooker, Respondent, v. Siegel-Cooper Company, Appellant, Impleaded with Hotel Regent Company and the Sherman Square Hotel Company.— Judgment affirmed, with costs, on the opinion of Leventritt, J., at Special Term. (Reported in 55 Misc. Rep. 68.)

John Wirt, Respondent, v. Louis Kramer and Jacob Kramer, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Opinion by Houghton, J.*

Realty Buyers, Respondent, v. Leopold Hutter, Appellant.— Judgment affirmed, with costs. No opinion.

Julius Debrovszky, Appellant, v. Jennie Polowe and Others, Doing Business under the Firm Name and Style of Polowe, Mogilewsky & Werner, Respondents. — Judgment affirmed, with costs. No opinion.

Thomas F. Scanlan, Respondent, v. Solomon Wallach, Appellant.— Judgment affirmed, with costs. No opinion.

John Whalen, as Sole Surviving Executor and Trustee under the Last Will and Testament of Thomas Fenton, Deceased, Respondent, v. Louis Lese, Appellant.— Judgment affirmed, with costs. No opinion.

Patrick A. Geoghegan, Respondent, v. Bertha W. Chatterton and Augustus L. Chatterton, Appellants.— Judgment and order affirmed, with costs, on 113 Appellate Division, 835. (Ingraham, J., dissenting on former opinion.)

William Olsen, an Infant, by Kristine Olsen, His Guardian ad Litem, Respondent, v. Forty-second Street, Manhattanville and St. Nicholas Avenue Railway Company, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event on the ground that the verdict is against the weight of all the credible evidence in the case.

Edward G. Hewitt, Appellant, v. Israel Block, Respondent.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the damages allowed are entirely inadequate. (Houghton, J., dissenting.)

Isidore Goldstein, an Infant, by Abram Goldstein, His Guardian ad Litem, Appellant, v. New York City Railway Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Frederick Gressman, as Administrator, Respondent, v. Morning Journal Association and Star Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

* Opinion withdrawn by direction of the court.— [REP.